UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDERJIT SINGH, | : | CIVIL NO. 3:CV-05-737 |
| Petitioner | : | |
| | : | (Judge Kosik) |
| v. | : | |
| | : | |
| JOHN ASHCROFT, et al., | : | |
| Respondents | : | |

# **ORDER**

NOW, THEREFORE, THIS 2nd DAY OF MAY, 2005, IT IS HEREBY ORDERED THAT

    1.  The Clerk of Court is directed to serve a copy of the Petition for Writ of Habeas Corpus (Doc. 1) on the Bureau of Immigration and Customs Enforcement and the United States Attorney;

    2.  Respondents , within twenty (20) days of the date of this Order, shall respond to the allegations in this petition;

    3.  Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of the filing of the response;

    4.  A determination of whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.


                                                       s/Edwin M. Kosik
                                                 United States District Judge